UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GALVAN O.,[1]<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.<br>Respondents. | No. 1:26-cv-5946-TLN-JDP<br>A# 029-583-016<br>**ORDER** |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 14.) Respondents have filed objections to the findings and recommendations. (ECF No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Respondents' objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 27, 2026 (ECF No. 14) are ADOPTED in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to IMMEDIATELY RELEASE Petitioner (A# 029-583-016) from their custody subject to the previously-imposed conditions of release. At the time of release, Respondents must return all of Petitioner's documents and possessions. Respondents shall file a **notice of compliance** with this provision of the Court's Order by **September 4, 2026**;

4. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner absent compliance with statutory and constitutional protections, including seven-days' pre-deprivation notice as well as strict compliance with the requirements of 8 C.F.R. §§ 241.4(l) and 241.13(i);

5. The Clerk of Court is directed to serve a copy of this Order on **California City Detention Facility**; and

6. The Clerk of Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

DATE: August 31, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE